IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02980-RPM-CBS

ROBERT G. JONES,

    Plaintiff,

v.

WAKEFIELD AND ASSOCIATES, INC.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [11] filed February 1, 2013, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

    DATED: February 5th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge